IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                    CRIMINAL 07-0099CCC

MARCOS BONILLA-MUÑOZ

Defendant

## O R D E R

Having considered the Report and Recommendation filed on April 17, 2007 **(docket entry 21**) on a Rule 11 proceeding of defendant held before Magistrate Judge Bruce J. McGiverin on April 17, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted.  The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 17, 2007.  The **sentencing hearing is set for July 17, 2007 at 4:15 p.m.**

SO ORDERED.

At San Juan, Puerto Rico, on April 24, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge